IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | No. 16-6464 |
| : | |
| **ELIZABETH PASCARELLI STONICH,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

**AND NOW,** this 1st day of March, 2017, upon review of the record, the Court notes that a complaint was filed on December 15, 2016, in the above-captioned action. Rule 4(m) of the Federal Rules of Civil Procedure provides that service of the summons and complaint is to be made upon a defendant within 90 days after the filing of the complaint. At this time, approximately 76 days have elapsed since the filing of the complaint.

**THEREFORE,** it is **ORDERED** that Plaintiff shall effect service within 14 days and file a certificate of service via electronic court filing. Failure to effect service will result in dismissal of this action for lack of prosecution.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**