# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | **No. 16-6464** |
| : | |
| **ELIZABETH PASCARELLI STONICH,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

**AND NOW,** this 2nd day of April, 2018, upon review of the record, and the Court noting that the deadline specified in the Court's January 2, 2018, Order for Plaintiff to effect service has passed (see Doc. No. 11), it is **ORDERED** that Plaintiff shall, within fourteen (14) days of the date of this Order, file proof that service has been effected, or file an appropriate motion to extend time to make service, or to effect service by alternative means.

Failure to comply with this Order will result in dismissal of this action for lack of prosecution.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**